**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark John Wilkins                                    CHAPTER 13
              Debtor(s)

BKY. NO. 21-12148 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDLAND MORTGAGE and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
19 Aug 2021, 15:00:12, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: cad1b2600b6b4432b9e8b68b249fdb41b3f9058ee0d3d6ca61c226f69c0f5634