UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Mark John Wilkins<br><br>            Debtor | Chapter 13<br>Bankruptcy No.21-12148-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of October, 2021, by first class mail upon those listed below:

Mark John Wilkins
205 Brendan Road
Easton, PA  18045

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


                                                                    */s/ Deborah A. Earnshaw*
                                                                    Deborah A. Earnshaw
                                                                    for
                                                                    Scott F. Waterman, Esquire
                                                                    Standing Chapter 13 Trustee