United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12148-pmm |
| Mark John Wilkins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2021 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark John Wilkins, 205 Brendan Road, Easton, PA 18045-7935 |
| 14627154 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO BOX 982238, El Paso, TX 79998 |
| 14627155 | + | Bradley Wilkins, 205 Brendan Road, Easton, PA 18045-7935 |
| 14630918 | + | MIDLAND MORTGAGE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14627164 | + | US Bank NA, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14627165 | + | Zwicker & Associates, P.C., 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14627162 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2021 23:25:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14629482 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2021 23:25:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston RI 02919 |
| 14627156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2021 23:35:22 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14629913 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2021 23:35:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14627157 | | Email/Text: mrdiscen@discover.com | Dec 16 2021 23:25:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14629625 | + | Email/Text: mrdiscen@discover.com | Dec 16 2021 23:25:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14628785 | + | Email/Text: DSLBKYPRO@discover.com | Dec 16 2021 23:25:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14627158 | + | Email/Text: DSLBKYPRO@discover.com | Dec 16 2021 23:25:00 | Discover Student Loans, PO BOX 30948, Salt Lake City, UT 84130-0948 |
| 14640312 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2021 23:35:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14634173 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 16 2021 23:35:27 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14627160 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 16 2021 23:35:31 | Midland Mortgage, PO BOX 268959, F Midfirst Bank, Oklahoma City, OK 73126-8959 |
| 14627161 | | Email/Text: signed.order@pfwattorneys.com | Dec 16 2021 23:25:00 | Pressler Felt & Washaw LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 14627163 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2021 23:35:26 | SYNCB/Rheem-Kwick Comfrt, PO BOX 965036, Orlando, FL 32896-5036 |
| 14627432 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: 155 | Total Noticed: 22 |

| | | Dec 16 2021 23:35:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 14637858 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 16 2021 23:25:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14627159 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 16 2021 23:25:00 | Elanco Finl Svc, PO BOX 108, Saint Louis, MO 63166 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Mark John Wilkins claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDLAND MORTGAGE bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark John Wilkins
      Debtor(s)                                         Chapter: 13

                                                                  Bankruptcy No: 21−12148−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 16th day of December, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Patricia M. Mayer
                                                                 Judge ,
                                                                United States Bankruptcy Court