Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-12148-PMM**

Mark John Wilkins  
205 Brendan Road  
Easton  PA    18045

Petition Filed Date: 08/03/2021  
341 Hearing Date: 09/14/2021  
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/01/2021 | $1,321.00 | | 10/04/2021 | $1,321.00 | | 11/01/2021 | $1,321.00 | |
| 12/06/2021 | $867.00 | | 01/03/2022 | $867.00 | | 02/01/2022 | $867.00 | |
| 03/04/2022 | $867.00 | | 04/04/2022 | $867.00 | | 05/02/2022 | $867.00 | |
| 06/02/2022 | $867.00 | | 07/05/2022 | $867.00 | | 08/01/2022 | $867.00 | |

**Total Receipts for the Period:  $11,766.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,766.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER STUDENT LOANS<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $19,620.58 | $3,308.56 | $16,312.02 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $15,464.97 | $2,607.79 | $12,857.18 |
| 5 | MIDFIRST BANK<br>»» 005 | Mortgage Arrears | $48.70 | $48.70 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $7,789.68 | $1,313.54 | $6,476.14 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,146.74 | $409.08 | $1,737.66 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,313.00 | $2,313.00 | $0.00 |

**Chapter 13 Case No. 21-12148-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,766.00 | Current Monthly Payment: | $867.00 |
| Paid to Claims: | $10,000.67 | Arrearages: | $0.00 |
| Paid to Trustee: | $967.69 | Total Plan Base: | $53,382.00 |
| Funds on Hand: | $797.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.