Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-12148-PMM**

Mark John Wilkins  
205 Brendan Road  
Easton  PA    18045

Petition Filed Date: 08/03/2021  
341 Hearing Date: 09/14/2021  
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $867.00 | | 09/01/2022 | $867.00 | | 10/03/2022 | $867.00 | |
| 11/01/2022 | $867.00 | | 12/02/2022 | $867.00 | | 01/04/2023 | $867.00 | |
| 02/01/2023 | $867.00 | | 03/06/2023 | $867.00 | | 04/03/2023 | $867.00 | |
| 05/02/2023 | $867.00 | | 06/02/2023 | $867.00 | | 07/05/2023 | $867.00 | |
| 08/01/2023 | $867.00 | | | | | | | |

**Total Receipts for the Period: $11,271.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,170.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER STUDENT LOANS<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $19,620.58 | $7,495.22 | $12,125.36 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $15,464.97 | $5,907.72 | $9,557.25 |
| 5 | MIDFIRST BANK<br>»» 005 | Mortgage Arrears | $48.70 | $48.70 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $7,789.68 | $2,975.70 | $4,813.98 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,696.74 | $797.34 | $899.40 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,313.00 | $2,313.00 | $0.00 |

Chapter 13 Case No. 21-12148-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,170.00 | Current Monthly Payment: | $867.00 |
| Paid to Claims: | $19,537.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,843.35 | Total Plan Base: | $53,382.00 |
| Funds on Hand: | $788.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.