United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                             Case No. 21-12148-pmm

Mark John Wilkins                                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                                 User: admin                                             Page 1 of 2

Date Rcvd: Jun 06, 2024                                  Form ID: 138OBJ                              Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark John Wilkins, 205 Brendan Road, Easton, PA 18045-7935 |
| 14627155 | + | Bradley Wilkins, 205 Brendan Road, Easton, PA 18045-7935 |
| 14627432 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 06 2024 23:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 07 2024 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14627154 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 06 2024 23:59:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 14627162 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 06 2024 23:59:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14629482 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 06 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston RI 02919 |
| 14627156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:08:58 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 14629913 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14627157 | | Email/Text: mrdiscen@discover.com | Jun 06 2024 23:59:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14629625 | + | Email/Text: mrdiscen@discover.com | Jun 06 2024 23:59:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14628785 | + | Email/Text: DSLBKYPRO@discover.com | Jun 07 2024 00:00:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14627158 | + | Email/Text: DSLBKYPRO@discover.com | Jun 07 2024 00:00:00 | Discover Student Loans, PO BOX 30948, Salt Lake City, UT 84130-0948 |
| 14640312 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:09:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14630918 | ^ | MEBN | Jun 06 2024 23:58:10 | MIDLAND MORTGAGE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14634173 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 07 2024 00:09:07 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14627160 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 07 2024 00:09:04 | Midland Mortgage, PO BOX 268959, F Midfirst Bank, Oklahoma City, OK 73126-8959 |
| 14627161 | | Email/Text: signed.order@pfwattorneys.com | Jun 06 2024 23:59:00 | Pressler Felt & Washaw LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 14627163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:09:04 | SYNCB/Rheem-Kwick Comfrt, PO BOX 965036, Orlando, FL 32896-5036 |
| 14627432 | ^ | MEBN | Jun 06 2024 23:58:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14637858 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 07 2024 00:00:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14627159 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 07 2024 00:00:00 | Elanco Finl Svc, PO BOX 108, Saint Louis, MO 63166 |
| 14627164 | + | Email/Text: bkfilings@zwickerpc.com | Jun 07 2024 00:00:00 | US Bank NA, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14627165 | + | Email/Text: bkfilings@zwickerpc.com | Jun 07 2024 00:00:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

**Name**     **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Mark John Wilkins claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDLAND MORTGAGE bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark John Wilkins

        Debtor(s)                        Case No: 21−12148−pmm

                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/6/24

38 − 32
Form 138OBJ